COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 22, 2015
 No. 10-14-00298-CV
 
 IN THE MATTER OF J.G., A JUVENILE
 
 
 
 From the 272nd District Court
 Brazos County, Texas
 Trial Court No. 122-J-14
 
--------------------------------------------------------------------------------
JUDGMENT

This proceeding has been considered by the Court. Because the Court finds that there was no error in the trial court's judgment; it is the judgment of this Court that the trial court's judgment signed on September 8, 2014 is affirmed.
 It is further ordered that the State of Texas, is awarded judgment against Brenda Gonzalez for the appellate costs that were paid, if any, by the State; and all unpaid appellate court costs, if any, are taxed against Brenda Gonzalez.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk